IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY W. EZELL | ) |
| | ) |
| VS. | )   No.  3:11-0405 |
| | ) |
| METROPOLITAN GOVERNMENT OF | ) |
| NASHVILLE AND DAVIDSON | ) |
| COUNTY, et al | ) |

### ORDER

On February 24, 2012, the magistrate judge issued a Report and Recommendation (Docket No. 76), to which no timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the Motion for Summary Judgment filed by defendants Glenfield Knight and Charles Williams (Docket No. 25) is **GRANTED**, and the plaintiff's claims against these two defendants are **DISMISSED** with prejudice.

ENTER this 27th day of March, 2012.

```
_____
         ALETA A. TRAUGER
         U.S. District Judge
```