IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY W. EZELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0405 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) | Magistrate Judge Griffin |
| NASHVILLE AND DAVIDSON COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On June 6, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 95), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby **ORDERED**:

1. The Motion to Dismiss filed by defendants Karl Dean, Metropolitan Government of Nashville and Davidson County, the Metropolitan Council and the Metropolitan Hospital Authority (Docket No. 31) is **GRANTED**.

2. The Motion to Dismiss filed by defendants Brewer, Hodge, Murphy, Odle, and Westbrooks (Docket No. 42) is **GRANTED**.

3. The Motion For Summary Judgment filed by defendants Brewster, Burns, Butler, Carter and Correctional Medical Services (Docket No. 83) is **GRANTED**.

4. All claims against defendants Karl Dean, Metropolitan Government, Metropolitan Council, Metropolitan Hospital Authority, Brewer, Hodge, Murphy, Odle, Westbrooks, Brewster, Burns, Butler, Carter and Correctional Medical Services are **DISMISSED WITH PREJUDICE**.

5. The plaintiff's Motion For Preliminary Injunction (Docket No. 33) is **DENIED**.

1

This case is **REMANDED** to the Magistrate Judge in order to determine the status of the claims against defendant Wayne Earl Moore.

It is so **ORDERED**.

ENTER this 5th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge

2

Case 3:11-cv-00405  Document 100  Filed 07/05/12  Page 2 of 2 PageID #: 448