# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY W. EZELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0405 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) | Magistrate Judge Griffin |
| NASHVILLE AND DAVIDSON COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On July 26, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 108), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** in its entirety pursuant to Rule 16(f)(1) and Rule 41(b), FED. R. CIV. P.

It is so **ORDERED**.

ENTER this 23rd day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge